## RECORD OF INITIAL APPEARANCE BEFORE MAGISTRATE JUDGE

UNITED STATES OF AMERICA
vs
**TALYA A. LUBIT**

MAGISTRATE JUDGE'S DOCKET NO. **24-1794 M**
DATE OF COMPLAINT **10/25/24**
CRIMINAL DOCKET NO.
DATE OF INDICTMENT
ORIGINATING DISTRICT (if applicable)

DATE ARRESTED: **10/30/24**

### INITIAL APPEARANCE

Presiding Magistrate Judge: [ ] BROWN  [ ] KELLY  [ ] PESTO  [ ] DODGE  [ ] LANZILLO  [X] TAYLOR

Date: **10/30/24**
Time: **4:50**
CD #:
Court Reporter:

U.S. ATTORNEY: **Carolyn Bloch**
INTERPRETER: **N/A**

**1. RIGHTS EXPLAINED**

- [ ] Defendant orally consents to proceeding by video conference or teleconferencing because video conferencing is not reasonably available
- [X] Government orally advised of obligations, pursuant to Brady v. Maryland and the Due Process Protections Act.

**2. COMPLAINT/INDICTMENT/INFORMATION**

- [X] Read   [X] Summarized   [ ] Reading waived
- [X] Defendant provided with a copy of the charges
- [ ] Defendant to be provided with a copy of the charges as soon as possible

**3. ACT & PENALTIES**

- [X] Read   [X] Summarized   [ ] Reading waived

**4. COUNSEL**

- [X] Defendant requested appointment   [ ] Defendant waived appointment
- [X] Defendant represented by: **William Kaczynski for procedural purposes only**
- [ ] Defendant expects to retain:
- [X] Affidavit executed.
- [ ] Not Qualified   [X] Qualified   [ ] With possible requirement for partial or full payment
- [ ] Federal Public Defender appointed
- [X] CJA Panel Attorney **Frank Walker to be** appointed

**5. BAIL**

Recommended Bond:
Bond Set at: **$50,000 Unsecured**
- [ ] By Consent
- [ ] By Magistrate Judge   [X] Additional Conditions Imposed: **And stated in the Order Setting Conditions of Release**
- [ ] Temporary Commitment issued   [ ] Final Commitment issued

Bond/Detention Hearing set for:

**6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT**

Preliminary Exam/Rule 40/Arraignment set for: **11/6/24 @ 2:00 PM** before Magistrate Judge **KEZIA O. L. TAYLOR**

WDPA Rev 06/24